FILED

MAR 27 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JUAN GONZALES-BAUTISTA (T/N),<br>　aka Ruben Gonzales-Silos,<br><br>　　　　　Defendant. | Criminal Case No. 08CR928-W0H<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1326(a) -<br>Deported Alien Found in the<br>United States (Felony) |

The United States Attorney charges:

On or about February 24, 2008, within the Southern District of California, defendant JUAN GONZALES-BAUTISTA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: March 27, 2008.

　　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　/s/ CARLA J. BRESSLER
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

CJB:kmm:San Diego
3/24/08