# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs

Juan Gonzales-Bautista
aka Ruben Gonzales-Silos

CASE NUMBER 08CR0928-GT

ABSTRACT OF ORDER

Booking No. 07371298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 4-24-08 the Court entered the following order:

- [✓] Defendant be released from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- [ ] Defendant released on $_____ bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.
- [✓] Defendant sentenced to TIME SERVED, supervised release for 1 years.
- [ ] c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court: _____ dismissing appeal filed.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [ ] Case Dismissed.
- [ ] Defendant to be released to Pretrial Services for electronic monitoring.
- [ ] Other. _____

GORDON THOMPSON, JR.
UNITED STATES MAGISTRATE JUDGE

OR

by K. Ridgeway
Deputy Clerk

Received _____ DUSM

Crim-9 (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY